IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THOMAS & THORNGREN, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:09-CV-00659<br>)<br>) Magistrate Judge John Bryant |
| MANHEIM CORPORATE<br>SERVICES, INC. | )<br>)<br>) |
| Defendant. | )<br>) |

## AGREED ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and by agreement of the parties, this lawsuit and all claims asserted herein by Plaintiff are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED,

ENTERED this ___ day of September 2009,

_____
UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**

HARWELL HOWARD HYNE
GABBERT & MANNER, P.C.

By: _____
D. ALEX FARDON (BPR # 013787)
JEFFREY J. MILLER (BPR # 017122)
315 Deaderick Street, Suite 1800
Nashville, TN 37238
(615) 256-0500 - Telephone
(615) 251-1058 - Facsimile
Attorneys for Plaintiff

COPE, HUDSON, SCARLETT, REED &
MCCREARY, PLLC

By: _____
JEFF REED (#15000)
16 Public Square North
Murfreesboro, TN 37133-0844
(615) 893-5522 - Telephone
(615) 849-2135 - Facsimile
Attorney for Defendant